AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ahler, James R. | Indiana Northern Bankruptcy Court | 08/12/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

United States Courthouse
5400 Federal Plaza
Hammond, IN 46230

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 (reportable assets are listed in Part VII) |
| 2. | Trustee | Trust #2 (reportable assets are listed in Part VII) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2015 | Indiana Public Retirement System (no control) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 08/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ahler, James R.** | 08/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Individual Assets (H) | | | | | | | | | |
| 2.   CHASE BANK (cash) | A | Interest | L | T | | | | | |
| 3.   PNC BANK (cash) | A | Interest | J | T | | | | | |
| 4.   Account #1 (H) | | | | | | | | | |
| 5.   DFA EMERGING MARKETS SMALL CP PTF (DEMSX) | A | Dividend | K | T | | | | | |
| 6.   DFA INTL SM CAP VAL PORT (DISVX) | A | Dividend | K | T | | | | | |
| 7.   DFA EMERGING MKTS PTF (DFEMX) | A | Dividend | J | T | | | | | |
| 8.   Account #2 (H) | | | | | | | | | |
| 9.   DFA SHORT TERM GOVT PTF (DFFGX) | A | Dividend | K | T | | | | | |
| 10.  DFA ONE-YEAR FIXED INCOME PTF (DFIHX) | A | Dividend | K | T | | | | | |
| 11.  DFA INTL SML PTFL (DFISX) | A | Dividend | J | T | | | | | |
| 12.  DFA TWO-YEAR GLOBAL FIXED PTF (DFGFX) | A | Dividend | K | T | | | | | |
| 13.  DFA US SM CAP VAL PORT (DFSVX) | A | Dividend | K | T | | | | | |
| 14.  DFA GLOBAL REAL ESTATE SEC PTF (DFGEX) | B | Dividend | K | T | | | | | |
| 15.  DFA INTERNATIONAL VALUE (DFIVX) | A | Dividend | K | T | | | | | |
| 16.  Account #3 (H) | | | | | | | | | |
| 17.  FIDELITY SALEM STR 500 IDX FD INST PREM (FXAIX) | A | Dividend | J | T | Buy (add'l) | 03/10/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. FIDELITY SALEM STR TR INTL IDX FD (FSPSX) | A | Dividend | J | T | Sold (part) | 02/11/20 | J | A | |
| 19. | | | | | Sold (part) | 03/10/20 | J | | |
| 20. ISHARES CORE MSCI EMERGING MARKETS ETF (IEMG) | A | Dividend | J | T | Buy | 10/20/20 | J | | |
| 21. ISHARES INC ISHARES MSCI JAPAN ETF (EWJ) (X) | A | Dividend | J | T | | | | | |
| 22. ISHARES MSCI CANADA ETF (EWC) | A | Dividend | J | T | | | | | |
| 23. VANGUARD INDEX TR VANG 500 IDX ADM (VFIAX) | A | Dividend | K | T | | | | | |
| 24. VANGUARD INTL EQUITY INDEX FD FTSE EUROPE ETF (VGK) | A | Dividend | J | T | Buy (add'l) | 02/11/20 | J | | |
| 25. | | | | | Buy (add'l) | 06/05/20 | J | | |
| 26. ISHARES 20 PLUS YEAR TREASURY BD ETF (TLT) (X) | | None | J | T | | | | | |
| 27. PGIM HIGH YIELD FUND CL R6 (PHYQX) | A | Dividend | J | T | Buy | 03/30/20 | J | | |
| 28. PGIM TOTAL RETURN BOND (PTRQX) (Y) | | | | | | | | | |
| 29. PIMCO HIGH YIELD FUND INST CL (PHIYX) | A | Dividend | J | T | Buy | 05/12/20 | J | | |
| 30. VANGUARD TOTAL INTL BD ETF (BNDX) | A | Dividend | J | T | | | | | |
| 31. WELLS FARGO FDS TR BD FD R6 (WTRIX) | A | Dividend | J | T | | | | | |
| 32. Account #4 (H) | | | | | | | | | |
| 33. JPMORGAN IRA DEPOSIT SWEEP MGD (cash equiv) | A | Interest | K | T | | | | | |
| 34. FID SALEM STR TR FID 500 INDX FD (FXAIX) | D | Dividend | M | T | Buy (add'l) | 03/10/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 03/20/20 | L | | |
| 36. | | | | | Sold (part) | 06/08/20 | K | B | |
| 37. | | | | | Buy (add'l) | 09/21/20 | K | | |
| 38. FID SALEM STR TR INTL INDX FD (FSPSX) | C | Dividend | M | T | Sold (part) | 02/11/20 | K | C | |
| 39. | | | | | Sold (part) | 03/10/20 | K | | |
| 40. | | | | | Sold (part) | 03/20/20 | K | | |
| 41. | | | | | Sold (part) | 06/08/20 | J | | |
| 42. ISHARES CORE MSCI EMERGING MARKETS ETF (IEMG) | A | Dividend | K | T | Buy | 10/20/20 | K | | |
| 43. ISHARES INC ISHARES MSCI JAPAN ETF (EWJ) | A | Dividend | K | T | Buy (add'l) | 06/08/20 | J | | |
| 44. ISHARES MSCI CANADA ETF (EWC) | B | Dividend | K | T | | | | | |
| 45. ISHARES MSCI PACIFIC EX JAPAN (EPP) | A | Dividend | K | T | | | | | |
| 46. VANGUARD INDEX TR VANGUARD 500 INDEX FD ADM (VFIAX) | D | Dividend | O | T | | | | | |
| 47. VANGUARD INTL EQUITY INDX FD (VGK) | B | Dividend | L | T | Buy (add'l) | 02/11/20 | L | | |
| 48. | | | | | Sold (part) | 03/20/20 | J | | |
| 49. | | | | | Buy (add'l) | 06/08/20 | K | | |
| 50. | | | | | Sold (part) | 10/20/20 | J | | |
| 51. ISHARES 20 PLUS YEAR TREASURY BD ETF (TLT) | A | Dividend | K | T | Sold (part) | 03/10/20 | J | A | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 09/21/20 | J | | |
| 53. ISHARES TRUST 7 10 YEAR<br>TREASURY BD ETF (IEF) | A | Dividend | | | Sold<br>(part) | 04/28/20 | J | A | |
| 54. | | | | | Sold | 05/14/20 | J | B | |
| 55. ISHARES TRUST ISHARES MBS ETF<br>EST YIELD (MBB) | A | Dividend | K | T | | | | | |
| 56. LORD ABBETT INVT TR HIGH YIELD<br>FD CL F3 (LHYOX) | B | Dividend | L | T | Buy | 04/14/20 | K | | |
| 57. LORD ABBETT INVT TR SHT DUR INC<br>(LOLDX) | A | Dividend | K | T | | | | | |
| 58. PGIM HIGH YIELD FUND CL R6<br>(PHYQX) | B | Dividend | K | T | Buy | 04/01/20 | K | | |
| 59. VANGUARD BOND INDEX FD TOT BD<br>MKT (VBTLX) | B | Dividend | L | T | Sold<br>(part) | 09/21/20 | J | A | |
| 60. VANGUARD INTERMEDIATE TERM<br>CORP BD ETF (VCIT) | A | Dividend | K | T | Buy | 11/02/20 | K | | |
| 61. VANGUARD TOTAL INTL BD ETF<br>(BNDX) | C | Dividend | L | T | Buy<br>(add'l) | 03/10/20 | J | | |
| 62. | | | | | Sold<br>(part) | 06/08/20 | J | A | |
| 63. | | | | | Sold<br>(part) | 09/21/20 | J | A | |
| 64. | | | | | Sold<br>(part) | 10/20/20 | K | B | |
| 65. | | | | | Sold<br>(part) | 11/02/20 | K | B | |
| 66. WELLS FARGO CORE BD FD R6<br>(WTRIX) (FORMERLY INST (MBFIX)) | A | Dividend | | | Sold | 09/21/20 | K | C | |
| 67. BLACKSTONE ALTRNTV INVT FDS<br>ALT MULT STRAT (BXMYX) | B | Dividend | K | T | Sold<br>(part) | 03/10/20 | J | | |
| 68. | | | | | Sold<br>(part) | 05/29/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. BLACKROCK EVENT DRIVEN EQUITY FD INSTL CL (BILPX) | A | Dividend | K | T | Buy (add'l) | 01/16/20 | J | | |
| 70. NEUBERGER BERMAN ALT FDS LONG SHORT FD (NLSIX) | A | Dividend | K | T | Buy | 01/09/20 | J | | |
| 71. | | | | | Buy (add'l) | 01/16/20 | J | | |
| 72. PIMCO MORTGAGE OPP & BD FD (PMZIX) | A | Dividend | K | T | Buy | 05/29/20 | J | | |
| 73. CRM MUT FD TR LNG SHT OPPORTUNITIES FD (CRIHX) | A | Dividend | | | Sold (part) | 01/09/20 | J | | |
| 74. | | | | | Sold | 01/16/20 | J | | |
| 75. EQUINOX FDS TR IPM SYSTEMATIC MACRO FD CL (EQIPX) | | None | | | Sold | 01/16/20 | J | | |
| 76. Account #5 (H) | | | | | | | | | |
| 77. DFA US MICRO CAP FD (DFSCX) | A | Dividend | | | Sold | 06/04/20 | K | | |
| 78. DFA US SM CAP VAL PORT (DFSVX) | A | Dividend | | | Sold | 06/04/20 | J | | |
| 79. DFA FIVE-YEAR GLOBAL FIXED PTF (DFGBX) | | None | | | Sold | 06/04/20 | K | | |
| 80. Account #6 (H) | | | | | | | | | |
| 81. DFA EMERGING MKTS VALUE PTF (DFEVX) | A | Dividend | K | T | Buy (add'l) | 06/09/20 | K | | |
| 82. DFA INTL SML PTFL (DFISX) | A | Dividend | J | T | | | | | |
| 83. DFA US SM CAP VAL INST (DFSVX) | A | Dividend | K | T | Buy | 06/09/20 | K | | |
| 84. Account #7 (H) | | | | | | | | | |
| 85. FIDELITY DIVERSIFIED INTERNATIONAL FUND (FDIVX) (X) | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ahler, James R.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. FIDELITY DIVERSIFIED INTL K6 (FKIDX) (Y) | | | | | | | | | |
| 87. VANGUARD CAPITAL OPPORTUNITY FUND (mid cap growth) (VHCOX) | D | Dividend | L | T | | | | | |
| 88. MFS MID CAP VALUE R6 (MVCKX) (Y) | | | | | | | | | |
| 89. MFS MID CAP VALUE R3 (MVCHX) (X) | A | Dividend | K | T | | | | | |
| 90. STATE ST RUSSELL SM/MID IDX SL CL II | | None | K | T | | | | | |
| 91. BNYM MELLON NSL US DYNAMIC LARGCP VAL II | | None | L | T | | | | | |
| 92. PIMCO TOTAL RETURN INSTL (PTTNX) (Y) | | | | | | | | | |
| 93. PIMCO TOTAL RETURN A (X) | C | Dividend | L | T | | | | | |
| 94. Account #8 (H) | | | | | | | | | |
| 95. FIDELITY DIVERSIFIED INTERNATIONAL FUND (FDIVX) (X) | A | Dividend | J | T | | | | | |
| 96. FIDELITY DIVERSIFIED INTL K6 (FKIDX) (Y) | | | | | | | | | |
| 97. VANGUARD CAPITAL OPPORTUNITY FUND (VHCOX) | A | Dividend | J | T | | | | | |
| 98. BNYM MELLON NSL US DYNAMIC LARGCP VAL II (X) | | None | J | T | | | | | |
| 99. PIMCO TOTAL RETURN INSTL (PTTNX) (Y) | | | | | | | | | |
| 100. PIMCO TOTAL RETURN A (X) | A | Dividend | J | T | | | | | |
| 101. Account #9 (H) | | | | | | | | | |
| 102. DFA TAX MGD MKTWIDE VAL PORT (DTMMX) | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. SSGA FUNDS S&P 500 INDEX N (SVSPX) | A | Dividend | | | Sold (part) | 02/07/20 | J | | |
| 104. | | | | | Sold | 11/10/20 | J | | |
| 105. Account #10 (H) | | | | | | | | | |
| 106. DFA TAX MGD US EQUITY PORT (DTMEX) | B | Dividend | M | T | | | | | |
| 107. DFA TAX MGD US SM CAP FUND (DFTSX) | A | Dividend | J | T | | | | | |
| 108. STATE STREET GLOBAL ADVISORS S&P 500 INDEX N (SVSPX) | A | Dividend | J | T | Sold (part) | 02/07/20 | J | | |
| 109. Account #11 (H) | | | | | | | | | |
| 110. ADVISORS EDGEWOOD GROWTH FD INSTL CL DIV & CAP GAIN (EGFIX) | | None | | | Sold | 02/11/20 | J | B | |
| 111. BLACKROCK INDEX FDS INC ISHARES MSCI EAFE INTL IDX (BTMKX) | B | Dividend | K | T | | | | | |
| 112. CLEARBRIDGE APPRECIATION FUND CLASS IS (LMESX) | | None | | | Sold | 02/11/20 | J | B | |
| 113. DIAMOND HILL FDS LARGE CAP FD CL Y SHS (DHLYX) | | None | | | Sold | 02/11/20 | J | A | |
| 114. FIDELITY SALEM STR TR FIDELITY 500 INDEX FUND (FXAIX) | C | Dividend | M | T | Buy (add'l) | 02/11/20 | K | | |
| 115. | | | | | Buy (add'l) | 03/02/20 | K | | |
| 116. | | | | | Buy (add'l) | 03/10/20 | J | | |
| 117. | | | | | Sold (part) | 03/20/20 | J | | |
| 118. | | | | | Sold (part) | 06/08/20 | J | A | |
| 119. | | | | | Buy | 09/21/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. FIDELITY SALEM STR TR INTL INDEX FD (FSPSX) | A | Dividend | J | T | Sold (part) | 02/11/20 | J | | |
| 121. | | | | | Buy (add'l) | 03/02/20 | J | | |
| 122. | | | | | Sold (part) | 03/10/20 | J | | |
| 123. | | | | | Sold (part) | 03/20/20 | J | | |
| 124. ISHARES CORE MSCI EMERGING MARKETS ETF (IEMG) | A | Dividend | J | T | Buy | 10/20/20 | J | | |
| 125. ISHARES INC ISHARES MSCI JAPAN ETF (EWJ) | A | Dividend | J | T | Buy (add'l) | 06/08/20 | J | | |
| 126. ISHARES MSCI CANADA ETF (EWC) | A | Dividend | J | T | Buy (add'l) | 03/02/20 | J | | |
| 127. ISHARES MSCI PACIFIC EX JAPAN ETF (EPP) | A | Dividend | J | T | | | | | |
| 128. VANGUARD INTL EQUITY INDEX FD FTSE EUROPE ETF (VGK) | A | Dividend | K | T | Buy (add'l) | 02/11/20 | J | | |
| 129. | | | | | Buy (add'l) | 03/02/20 | J | | |
| 130. | | | | | Sold (part) | 03/20/20 | J | | |
| 131. | | | | | Buy (add'l) | 06/08/20 | J | | |
| 132. | | | | | Sold (part) | 10/20/20 | J | | |
| 133. ISHARES 20 PLUS YEAR TREAS BD ETF (TLT) | A | Dividend | J | T | Sold (part) | 03/10/20 | J | | |
| 134. | | | | | Buy (add'l) | 09/21/20 | J | | |
| 135. ISHARES 7 10 YEAR TREAS BD ETF EST (IEF) | A | Dividend | | | Sold | 05/13/20 | J | A | |
| 136. ISHARES MBS ETF EST (MBB) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. LORD ABBETT INVT TR HIGH YIELD FD CL F3 (LHYOX) | A | Dividend | J | T | Buy | 05/13/20 | J | | |
| 138. LORD ABBETT INVT TR SHORT DURATION INCOME FD CL (LOLDX) | A | Dividend | J | T | | | | | |
| 139. PGIM HIGH YIELD FUND CL R6 (PHYQX) | A | Dividend | J | T | Buy | 03/30/20 | J | | |
| 140. VANGUARD BOND INDEX FD INC TOTAL BD MARKET IDX (VBTLX) | A | Dividend | J | T | Sold (part) | 09/21/20 | J | A | |
| 141. VANGUARD INTERMEDIATE TERM CORP BD ETF (VCIT) | A | Dividend | J | T | Buy | 11/02/20 | J | | |
| 142. VANGUARD TOTAL INTERNATIONAL BOND ETF (BNDX) | A | Dividend | K | T | Buy (add'l) | 03/02/20 | J | | |
| 143. | | | | | Sold (part) | 09/21/20 | J | A | |
| 144. | | | | | Sold (part) | 10/20/20 | J | | |
| 145. | | | | | Sold (part) | 11/02/20 | J | A | |
| 146. BLACKROCK EVENT DRIVEN EQUITY FD INSTL CL EST (BILPX) | A | Dividend | J | T | Buy (add'l) | 01/09/20 | J | | |
| 147. BLACKSTONE ALTRNTV INVT FDS ALTRNTV MULTI STRTGY FD (BXMYX) | A | Dividend | J | T | Sold (part) | 05/29/20 | J | | |
| 148. NEUBERGER BERMAN ALT FDS LONG SHORT FD (NLSIX) | A | Dividend | J | T | Buy | 01/16/20 | J | | |
| 149. PIMCO MORTGAGE OPP & BD FD (PMZIX) | A | Dividend | J | T | Buy | 05/29/20 | J | | |
| 150. CRM MUT FD TR LNG SHT OPPORTUNITIES FD(CRIHX) | A | Dividend | | | Sold | 01/16/20 | J | A | |
| 151. EQUINOX FDS TR IPM SYSTEMATIC MACRO FD CL (EQIPX) | | None | | | Sold | 01/16/20 | J | A | |
| 152. Account #12 (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 153. JPMORGAN US GOVT MONEY MKY FD (IJGXX) (cash equiv) | A | Dividend | M | T | | | | | |
| 154. Account #13 (H) | | | | | | | | | |
| 155. JPMORGAN US GOVT MONEY MKY FD (IJGXX) (cash equiv) | B | Dividend | N | T | | | | | |
| 156. Account #14 (H) | | | | | | | | | |
| 157. MY529 AGE-BASED AGGRESSIVE GLOBAL | B | Dividend | | | Sold | 09/11/20 | M | | |
| 158. MY529 AGE-BASED AGGRESSIVE DOMESTIC | A | Dividend | M | T | Buy | 09/11/20 | M | | |
| 159. Account #15 (H) | | | | | | | | | |
| 160. MY529 AGE-BASED AGGRESSIVE GLOBAL | B | Dividend | | | Sold | 09/11/20 | L | | |
| 161. MY529 AGE-BASED AGGRESSIVE DOMESTIC | A | Dividend | M | T | Buy | 09/11/20 | L | | |
| 162. Account #16 (H) | | | | | | | | | |
| 163. BRIGHTSTART AGGRESSIVE AGE BASED 13-14 | | None | | | Sold | 12/07/20 | L | | |
| 164. BRIGHTSTART AGGRESSIVE AGE BASED 15-16 | | None | L | T | Buy | 12/07/20 | L | | |
| 165. Account #17 (H) | | | | | | | | | |
| 166. BRIGHTSTART AGGRESSIVE AGE BASED 11-12 | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ahler, James R.** | 08/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 08/12/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ James R. Ahler**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544